IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 5:15-MJ-1070

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | STAY ORDER |
| | ) | |
| GARCIA-ANSELMO, Apolinar, | ) | |
| | ) | |
| Defendant. | ) | |

The Government has made an oral motion to stay the Defendant's release pending its filing of a motion, pursuant to 18 U.S.C. § 3145(a)(1), for revocation of the Order Setting Conditions of Release (D.E. 9) ("Release Order") entered by the undersigned at the conclusion of today's detention hearing. The court finds that entry of a brief stay would facilitate the timely and efficient resolution of the review sought by the Government, without undue prejudice to Defendant, and that the motion to stay should be allowed.

IT IS THEREFORE ORDERED that the Government's motion to stay is GRANTED. The Government shall have until 12 p.m. on Thursday, January 22, 2015, to file its motion for revocation. The Release Order is hereby STAYED until: (1) entry of an order resolving the Government's timely motion for revocation; or (2) 12 p.m. on Thursday, January 22, 2015, if the government fails to file such a motion.

Dated: January 21, 2015.

_Robert T. Numbers II_
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE